BEFORE THE FIRST DIVISION, JULY 31, 1958

**No. 62226.**—Manca, Inc. *v.* United States, protest 58/4838 (New York).

Opinion by OLIVER, C. J.   It was stipulated that the merchandise in question is not an entirety, but is susceptible of use and is used separately.   Following *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the

protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).